## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Jordan D. Johnson
Louisiana State Prison DOC No. 766441
17544 Tunica Trace
Angola LA 70712

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 13, 2023

## REHEARING ACTION: December 13, 2023

**Docket Number: 23   00190-KA consolidated with 189-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JORDAN D. JOHNSON**

**Appealed from Catahoula Parish Case No. 18-4175A, 18-4175**

**<u>BEFORE JUDGES</u>:**

   **Hon. Candyce G. Perret**
   **Hon. Jonathan W. Perry**
   **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jordan D. Johnson** has this day been

   **DENIED.**

cc: Hon. Bradley R. Burget, Counsel for the Appellee
    Karla Shirley-McHand, Counsel for the Appellee
    Bruce Gerard Whittaker, Counsel for the Appellant
    Holli Ann Herrle-Castillo, Counsel for the Appellant